# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 21-52634-jwc |
| ) | |
| DAVID VANVURST, JR. and ) | |
| MARIA LYNN VANVURST ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |

## CONSENT MOTION FOR RULE 2004 EXAMINATION AND REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW, Creditor Cornerstone Bank ("Creditor"), and Debtors David VanVurst, Jr. and Maria Lynn VanVurst ("Debtors") by and through the undersigned counsel, and files this, their Consent Motion for Rule 2004 Examination. The parties respectfully request herein that the Court grant this motion by order permitting examination on June 11, 2021 concerning the acts, conduct, property, liabilities and financial conditions of Debtors and matters which may affect the administration of the Debtors' estate as well as the production of the following documents on or before June 4, 2011 by Debtors to Creditor:

1) All documents relating to the ultimate disposition of monies originally derived from the operations of Vanree, LLC, SZ Sports South, LLC, OMV, LLC, and Bibo, LLC (the "Related Entities") from January 1, 2019 to present.

2) All financial documents relating to Debtors including bank account statements, cancelled checks, credit card account statements, and tax returns for fiscal years 2018, 2019, and 2020.

1

3) All financial documents relating to the Related Entities including bank account statements, cancelled checks, credit card account statements, and tax returns for fiscal years 2018, 2019, and 2020.

4) Copies of all payments made to any employees, officers, directors, (W-2s), independent contractors or consultants (1099-MISCs), or shareholders (1099-DIVs) relating to the Related Entities or otherwise on behalf of Debtors for fiscal years 2018, 2019, and 2020.

Dated: June 2, 2021

Consented to by:

| **KITCHENS KELLEY GAYNES, P.C.** | **BURROW & ASSOCIATES, LLC** |
|---|---|
| */s/ C. Joseph Hoffman* | */s/ Michael D. Burrow* |
| C. Joseph Hoffman | Michael F. Burrow |
| Georgia Bar No. 984961 | Georgia Bar No. |
| *Attorneys for Creditor Cornerstone Bank* | *Attorneys for Debtors* |
| Glenridge Highlands One, Suite 800 | 2280 Satellite Blvd. |
| 5555 Glenridge Connector7 | Building A, Suite 100 |
| Atlanta, Georgia 30342 | Duluth, Georgia 30342 |
| (404) 237-4100 - telephone | (678) 942-8640 - telephone |
| (404) 364-0126 - facsimile | (678) 745-0412 - facsimile |
| Email: jhoffman@kkgpc.com | Email: Michael.Burrow@legalatlanta.com |

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed a copy of the following CONSENT MOTION FOR RULE 2004 EXAMINATION AND REQUEST FOR PRODUCTION OF DOCUMENTS with the Clerk of Court using the CM/ECF system, which will electronically serve a copy on all counsel of record and by depositing same in the United States Mail with first class postage properly affixed and addressed as follows:

Michael F. Burrow, Esq.
Burrow & Associates, LLC
2280 Satellite Blvd.
Bldg. A., Suite 100
Duluth, Georgia 30097
Attorneys for Debtors

Trustee
Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld PC
P. O. Box 1547
Decatur, GA 30031

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Dennis A. Dressler  
Dressler & Peters, LLC  
70 W. Hubbard Street, Suite 200  
Chicago, IL 60654

Dated:  June 2, 2021

                Respectfully submitted,

                **KITCHENS KELLEY GAYNES, P.C.**

                */s/ C. Joseph Hoffman*  
                C. Joseph Hoffman  
                Georgia Bar No.  984961  
                E-mail: jhoffman@kkgpc.com  
                *Attorney for Creditor Cornerstone Bank*