## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| DAVID VANVURST, JR., ) | |
| MARIA LYNN VANVURST, ) | CASE NO. 21-52634-JWC |
| AKA MARIA CHIUSANO, ) | |
| ) | |
| Debtors/Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| PARAGON BANK, ) | |
| ) | |
| Respondent. ) | |

### MOTION TO AVOID JUDICIAL LIEN

COME NOW, the Debtors in the above-styled case and show the Court the following:

1.

This case was commenced by the filing of Voluntary Petition for relief under Chapter 7 of the United States Code on March 31, 2021.

2.

This Motion is filed by the Debtors under 11 U.S.C., Section 522(F) to avoid a judicial lien.

3.

Debtors own real property located at 2459 Huntington Park Drive, Ackworth, Georgia 30101 (the "Property") and have listed the value of said Property on Schedule A/B of Debtors' bankruptcy petition as $544,489.00.

4.

The Debtors hold a mortgage with Suntrust Bank, Now Truist, secured by the Property with a balance at the time of filing of approximately $333,904.00.  On or about May 3, 2017, The Debtors obtained a loan from Cornerstone Bank in the amount of $335,000.00 and on June 7, 2017, Cornerstone Bank recorded a Security Deed as to the Property with the Clerk of the Superior Court of Cobb County (Deed Book: 15448 Pg: 5929).  Said Security Deed was assigned to Truist Bank on April 12, 2021 (Deed Book: 15893 Pg: 3983) (the "First Priority Lien").

5.

The Debtors obtained a Small Business Administration Loan through Cornerstone Bank on or about May 28, 2014 in the amount of $1,132,000.00 and Cornerstone Bank recorded a Security Deed as to the Property with the Clerk of the Superior Court of Cobb County (Deed Book: 15162 Pg: 1421-1427) on June 10, 2014 (the "SBA Security Deed").  On May 3, 2017, the Debtors and Cornerstone Bank entered into a Subordination Agreement that made the SBA Security Deed subordinate to the First Priority Lien now held by Truist Bank.  The Subordination Agreement was recorded with the Clerk of the Superior Court of Cobb County (Book: 15448 Pg: 5928) on June 7, 2017.

6.

Pearl Delta Funding, LLC ("Pearl Delta") obtained a judgment against the Debtors in the amount of $55,820.33 on October 5, 2018 and said judgment was obtained in the Supreme Court of the State of New York, County of Niagara, with case number 19-A-551.  Pearl Delta obtained a lien by filing its FiFa in the Superior Court of Cobb County on May 15, 2019 (Lien Book 127 Pg: 6326).

7.

Debtors have moved this Court in a separate motion to avoid the Judgment Lien of Pearl Delta to the extent that there is no unexempt equity in any of Debtors' real and personal property to which the lien can attach (Doc. No. 35).  The amount of Pearl Delta's lien Debtors seek to avoid is $49,700.33.

8.

Respondent, Paragon Bank, obtained a judgment against the Debtors in the amount of $1,690,781.71 on May 6, 2019 and said judgment was obtained in the Superior Court of Cobb County, Georgia with case number 18-1-8806-56.  Respondent obtained a lien by filing its FiFa in the Superior Court of Cobb County on June 11, 2019 (Lien Book 128 Pg 3571).

9.

Debtors have claimed a homestead exemption of $23,000.00 relative to the Property. Based on the value of the property, all liens superior to Respondent's, Debtors' lien avoidance action as to Pearl Delta, and Debtors' exemptions, there is no unexempt equity in any of Debtors' real and personal property to which Respondent's lien can attach.

10.

The judicial lien of Respondent has created a cloud on the title of all real and personal property owned by the Debtors and such lien impairs the Debtors' exemptions to which they are entitled.

WHEREFORE, Debtors pray for the following:
a) That the judicial lien of Respondent impairing the Debtors' exemption to which they are entitled be voided and declared null and of no effect; and
b) That the Debtors have such other and further relief as this Court deems just and proper.

This 22nd day of July, 2021.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

/s/
Michael F. Burrow
Attorney for the Debtors/Movants
Georgia Bar No. 317998
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| DAVID VANVURST, JR., ) | |
| MARIA LYNN VANVURST, ) | CASE NO. 21-52634-JWC |
| AKA MARIA CHIUSANO, ) | |
| ) | |
|    Debtors/Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| PARAGON BANK, ) | |
| ) | |
|    Respondent. ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

    NOTICE IS HEREBY GIVEN that a Motion To Avoid a Judicial Lien on exempt property pursuant to 11 U.S.C. Section 522 has been filed in the above-style case.

    NOTICE IS FURTHER GIVEN that, pursuant to Local Rule 6008-1(b), Northern District of Georgia, the Respondent must file a response to the Motion within twenty-one (21) days after service, exclusive of the day of service, and serve a copy of same on Debtors/Movants. In the event no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

    This  22nd  day of  July , 2021.

                                                        Respectfully Submitted by,
                                                         BURROW & ASSOCIATES, LLC

                                                         /s/
                                                        Michael F. Burrow
                                                        Attorney for the Debtors/Movants
                                                        Georgia Bar No. 317998
                                                        2280 Satellite Blvd.
                                                        Bldg. A, Suite 100
                                                        Duluth, Georgia 30097
                                                        (678) 942-8640
                                                        bankruptcy@legalatlanta.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have this day served the within and foregoing Motion To Avoid Lien and Notice of Time To Respond by depositing same in the United States mail, properly addressed as follows:

Tamara M. Ogier
Chapter 7 Trustee
170 Mitchell Street, SW
Atlanta, GA 30303

Paragon Bank (FDIC Cert # 57874)
Certified Mail # 7018 2290 0001 6956 7898
Attn: Robert S. Shaw, Jr., CEO
5400 Popular Avenue
Memphis, TN  38119

Paragon Bank (FDIC Cert # 57874)
Certified Mail # 7018 2290 0001 6956 7935
Attn: Lewis W. Perkins, CFO
5400 Popular Avenue
Memphis, TN  38119

Paragon Bank (FDIC Cert # 57874)
Certified Mail # 7018 2290 0001 6956 7928
Attn: Robert S. Shaw, Jr., Registered Agent
5400 Popular Avenue, Suite 350
Memphis, TN  38119

Paragon Bank
c/o Busch Slipakoff Mills and Slomka
Attn: Bryan Busch
3350 Riverwood Parkway, Suite 2100
Atlanta, GA  30339

Paragon Bank
c/o Bryan Bush
2970 Clairmont Road NE
Atlanta, GA  30329

Pearl Delta Funding
c/o Corporation Service Company, Registered Agent
80 State Street
Albany, NY  12207-2543

Pearl Delta Funding
Attn: J. David Stuart
The J.D. Stuart Law Group, LLC
1825 Barrett Lakes Blvd., Suite 500
Kennesaw, GA 30144

Pearl Delta Funding
c/o Ariel Bouskila
40 Exchange Place
Floral Park, NY  11001

Pearl Delta Funding
c/o Ariel Bouskila
80 Broad St., Suite 3303
New York, NY  10004

Stuart Law Group
c/o Dan Blackman
110 Jericho Turpike
Floral Park, NY  11001

Suntrust Bank
Attn: Bankruptcy
Mailcode VA-RVW-6290 POB 8509
Richmond, VA  23286

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
PO Box 41021
Norfolk, VA  23541

KLC Financial, Inc.
c/o Dressler & Peters, LLC
Attn: Dennis A. Dressler
70 W. Hubbard Street, Suite 200
Chicago, IL  60654

Conerstone Bank (FDIC Cert # 35027)
c/o Steven G. Deaton, CEO
2060 Mt. Paran Road
Atlanta, GA  30327

Cornerstone Bank
c/o Kitchens Kelly Gaynes, P.C.
Attn: C. Joseph Hoffman, Esq.
Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, GA  30342

David VanVurst, Jr.
Maria Lynn VanVurst
2459 Huntington Park Drive NW
Acworth, GA  30101

This  22nd  day of  July , 2021.

                          Respectfully Submitted by,
                          BURROW & ASSOCIATES, LLC

                          /s/
                          Michael F. Burrow
                          Attorney for the Debtors/Movants
                          Georgia Bar No. 317998
                          2280 Satellite Blvd.
                          Bldg. A, Suite 100
                          Duluth, Georgia 30097
                          (678) 942-8640
                          bankruptcy@legalatlanta.com